IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DEMETRIST LEE,      :<br>Petitioner,          : | PRISONER HABEAS CORPUS<br>28 U.S.C. § 2254 |
| v.                  : | |
| UNNAMED,            :<br>Respondent.         : | CIVIL ACTION NO.<br>1:14-CV-4092-WSD-LTW |

## FINAL REPORT AND RECOMMENDATION

Petitioner is confined at the Fulton County Jail in Atlanta, Georgia. (Doc. 1.) Petitioner, pro se, sent the Court a letter in an apparent attempt to obtain a writ of habeas corpus. (Doc. 1.)

On December 30, 2014, the Court issued an Order directing Petitioner to submit, within thirty days, a petition and an application to proceed *in forma pauperis* on the forms the Court provided him. (Doc. 2.) The Court warned Petitioner that failure to comply may result in dismissal of this case. (*Id.*) Petitioner has not submitted anything in response to the Court's Order, and the deadline for compliance has passed.

AO 72A
(Rev.8/82)

Accordingly, the undersigned **RECOMMENDS** that this action be **DISMISSED WITHOUT PREJUDICE** for Petitioner's failure to comply with a lawful order of the Court. *See* Fed. R. Civ. P. 41(b); LR 41.3A(2), NDGa.

**SO RECOMMENDED** this 3 day of March, 2015.

LINDA T. WALKER
UNITED STATES MAGISTRATE JUDGE

2

AO 72A
(Rev.8/82)